The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MANPREET KAUR,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN WOLF, Acting Secretary, Department of Homeland Security; et al.,<br><br>    Defendants. | Case No. 2:20-cv-619 MJP<br><br>STIPULATED MOTION TO EXTEND DEADLINES AND ORDER<br><br>Note on Motion Calendar:<br>July 1, 2020 |

The parties, pursuant to Local Rules 10(g) and 16, hereby jointly stipulate and move for a 60-day extension of their deadline to file a Joint Status Report and Discovery Plan, and of defendants' deadline to Answer the Complaint. The Joint Status Report and Answer are currently due July 7 and July 13, 2020, respectively; the new deadlines would be September 8 and September 11, 2020.

A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

The parties submit there is good cause for an extension of these deadlines. Defendants have requested additional information from Plaintiff to adjudicate

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-619-MJP
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

his I-130 Petition for Alien Relative.  Plaintiff intends to provide the information Defendants request by mid-July.

Accordingly, the parties seek a 60-day extension of their deadline to file a Joint Status Report and Defendants' deadline to file the Answer.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: July 1, 2020

s/ Bart Klein
BART KLEIN, WSBA #10909
605 1st Ave, Ste 500
Seattle, WA 98104
Phone Number: 206-624-3787
Fax: 206-624-6371
Email: Bart.Klein@bartklein.com

Attorney for Plaintiffs

DATED: July 1, 2020

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Phone: (206) 553-7970
Email: kyle.forsyth@usdoj.gov

Attorney for Defendants

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-619-MJP
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

**IT IS SO ORDERED**.

Dated this 1st day of July 2020.

_____
Marsha J. Pechman
Senior United States District Judge

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-619-MJP
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970