The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MANPREET KAUR,<br><br>            Plaintiff,<br><br>   v.<br><br>CHAD WOLF,[1] Acting Secretary, Department of Homeland Security; et al.,<br><br>            Defendants. | Case No. 2:20-cv-619 MJP<br><br>STIPULATED MOTION TO EXTEND DEADLINES AND ORDER<br><br>Note on Motion Calendar:<br>November 4, 2020 |

      The parties, pursuant to Local Rules 10(g) and 16, hereby jointly stipulate and move for a 60-day extension of their deadline to file a Joint Status Report and Discovery Plan, and of defendants' deadline to Answer the Complaint. The Joint Status Report and Answer are currently due November 9 and 10, 2020, respectively; the new deadlines would be January 8 and 11, 2021.

      A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

---

[1] The Acting Secretary of the U.S. Department of Homeland Security is incorrectly named as "John" Wolf in the Complaint and on the docket.

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-619-MJP
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The parties submit there is good cause for an extension of these deadlines.  The Court twice previously extended these deadlines as Defendants worked to adjudicate Plaintiff's I-130 Petition for Alien Relative and issue the visa, as requested in Plaintiff's mandamus Complaint.  Dkt. nos. 7 and 9.  On September 8, 2020, Defendant Gregory A. Richardson, Director of the Texas Service Center for United States Citizenship and Immigration Services (USCIS), adjudicated USCIS' Notice of Intent to Revoke by reaffirming the prior approval of Plaintiff's I-130 Petition.  Later in September 2020, USCIS forwarded the approved I-130 Petition to the U.S. Department of State's National Visa Center for further processing.  The State Department is currently working to schedule a visa interview for Plaintiff at a consulate in India.

USCIS's approval of the I-130 Petition has provided the first of the two-steps of relief Plaintiff requests in her Complaint.  Given that the State Department is working to schedule a visa interview—a necessary prerequisite to issuance of a visa—the parties continue to believe this matter could likely be resolved without litigation.  Accordingly, the parties seek a further 60-day extension of their deadline to file a Joint Status Report and Defendants' deadline to file the Answer.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: November 4, 2020

s/ Bart Klein
BART KLEIN, WSBA #10909
605 1st Ave, Ste 500
Seattle, WA 98104
Phone Number: 206-624-3787
Fax: 206-624-6371
Email: Bart.Klein@bartklein.com

Attorney for Plaintiff

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-619-MJP
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| DATED: November 4, 2020 | s/ Kyle A. Forsyth<br>KYLE A. FORSYTH, WSBA #34609<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>Phone: (206) 553-7970<br>Email: kyle.forsyth@usdoj.gov |
| | Attorney for Defendants |

### **ORDER**

**IT IS SO ORDERED**.

Dated this 13th day of November, 2020.

*Marsha J. Pechman*
Marsha J. Pechman
United States Senior District Judge

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-619-MJP
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970